UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN JANITORIAL & MAINTENANCE SERVICES INC.<br>Defendant. | Case No.:   2:19-cv-02016-KJM-EFB<br><br>Assigned to:  Hon. Edmund F. Brennan<br><br><u>Magistrate Judge:</u><br>Hon. Carolyn K. Delaney<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Action Filed: October 4, 2019<br><br>[Filed concurrently with Joint Stipulation and Declaration of Clay A. Coelho] |

The court, having reviewed the joint stipulation entered into by the parties and the supporting declaration, hereby orders as follows:

The Settlement Conference shall be completed by December 10, 2020.

**IT IS SO ORDERED**.

Dated: August 5, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE