UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN JANITORIAL & MAINTENANCE SERVICES INC. <br> Defendant. | Case No.:   2:19-cv-02016-KJM-JDP <br><br> Assigned to:   Hon. Kimberly J. Muller <br><br> Magistrate Judge: <br> Hon. Jeremy D. Peterson <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** <br><br> Action Filed: October 4, 2019 |

The Court having considered the parties JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; and there being good cause to grant the relief requested as requested in the Stipulation; now therefore: IT IS HEREBY ORDERED the new date to complete the settlement conference is **April 2, 2021**.

Dated:  December 10, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE