**MICHAEL R. BARRETTE (SBN 89017)**
**KIMBERLY A. CASTILLO (SBN 331702)**
**LAW OFFICE OF MICHAEL R. BARRETTE**
**1168 Live Oak Blvd.**
**Yuba City, CA 95991**
**(530) 674-5996 – Telephone**
**(530) 674-7886 – Facsimile**
*mbarrettelaw@yahoo.com*
*kacastillolaw@gmail.com*

Attorney for Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>    vs.<br><br>AMERICAN JANITORIAL & MAINTENANCE SERVICES INC.,<br><br>         Defendant. | CASE NO.:  2:19-CV-02016-KJM-JDP<br><br>Assigned to:  Hon. Jeremy D. Peterson<br><br>**JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES AND ORDER**<br><br>**JURY TRIAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties that:

WHEREAS, Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY filed their Complaint on October 4, 2019 in the United States District Court for the Eastern District of California;

WHEREAS, Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY propounded written discovery on Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES INC.

WHEREAS, counsel for the parties have worked diligently to prepare their cases and to move forward expeditiously with discovery.

WHEREAS, the President of the United States has declared a national emergency in response to the outbreak of COVID-19, also known as the "Coronavirus" (Donald J. Trump, Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak (Mar. 13, 2020), https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/;

WHEREAS, the Governor of the State of California declared a state of emergency on March 4, 2020 in response to the outbreak of COVID-19 which has been followed by local and statewide orders since and to current;

WHEREAS, one of Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES INC.'s person most knowledgeable and person essential to the discovery process has health issues that inhibited the speed at which Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES INC. was able to produce complete written discovery responses and for which Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY granted reasonable extensions.

WHEREAS, Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY requires sufficient time to review Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES INC.'s discovery responses served October 13, 2020 via US Mail on Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY.

WHEREAS, the parties mutual depositions of one another and depositions of witnesses must be delayed beyond the current trial setting order's deadlines due to the delay of the written discovery process caused by COVID-19, Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES INC.'s person most knowledgeable health issues and the COVID-19 safety requirements, both advised and mandatory, which limited access to certain work places and document repositories.

WHEREAS, the Court ordered fact discovery cut-off date of October 30, 2020 and hearings on dispositive motion for December 11, 2020.

WHEREAS, counsel for the parties have met and conferred regarding the long-term

impact of the national emergency, including shelter-in-place orders in effect throughout the country, on preparing this case for trial, including obtaining records; locating, interviewing, and deposing percipient witnesses; deposing treating physicians; and deposing corporate witnesses of defendants.

WHEREAS, all parties agree that the continuing national emergency in response to the outbreak of COVID-19 and essential persons health concerns necessitate a continuance of pre-trial deadlines in order to allow the parties to adequately prepare their cases for trial.

Based on the foregoing, the parties propose and stipulate that the case schedule be revised as follows:

- Fact discovery cut-off February 1, 2021;
- Hearings on dispositive motions: March 12, 2021.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: October 26, 2020    By: _____ */s/ Clay Coelho*_____
Clay A. Coelho, Attorney for Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY

Dated: October 26, 2020    By: */s/ Michael Barrette*_____
Michael R. Barrette, Attorney for Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES, INC.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel that:

1. Fact discovery cut-off is now February 1, 2021; and
2. Hearings on dispositive motions is now March 26, 2021.

IT IS SO ORDERED.

DATED: December 28, 2020.    _____
CHIEF UNITED STATES DISTRICT JUDGE