**MICHAEL R. BARRETTE (SBN 89017)**
**KIMBERLY A. CASTILLO (SBN 331702)**
**LAW OFFICE OF MICHAEL R. BARRETTE**
**1168 Live Oak Blvd.**
**Yuba City, CA 95991**
**(530) 674-5996 – Telephone**
**(530) 674-7886 – Facsimile**
*mbarrettelaw@yahoo.com*
*kacastillolaw@gmail.com*

Attorney for Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARTFORD UNDERWRITERS INSURANCE COMPANY,** | **CASE NO.: 2:19-CV-02016-KJM-JDP** |
| **Plaintiff,** | **Assigned to:**<br>**Chief Judge Kimberly J. Mueller** |
| vs. | **JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES AND ORDER** |
| **AMERICAN JANITORIAL & MAINTENANCE SERVICES INC.,** | |
| **Defendant.** | **JURY TRIAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties that:

WHEREAS, Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY filed their Complaint on October 4, 2019 in the United States District Court for the Eastern District of California;

WHEREAS, counsel for the parties have worked diligently to prepare their cases and to move forward expeditiously with discovery.

WHEREAS, the President of the United States has declared a national emergency in response to the outbreak of COVID-19, also known as the "Coronavirus" (Donald J. Trump, Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease

| LAW OFFICES OF | JOINT STIPULATION TO CONTINUE |
|---|---|
| MICHAEL R. BARRETTE | PRETRIAL AND TRAIL DEADLINES AND ORDER |

1

(COVID-19) Outbreak (Mar. 13, 2020), https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/;

WHEREAS, the Governor of the State of California declared a state of emergency on March 4, 2020 in response to the outbreak of COVID-19 which has been followed by local and statewide orders since and to current;

WHEREAS, one of Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES INC.'s person most knowledgeable and person essential to the discovery process has health issues that inhibited the speed at which Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES INC. was able to produce complete written discovery responses and for which Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY granted reasonable extensions.

WHEREAS, Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY required sufficient time to review Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES INC.'s discovery responses before Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY was prepared to scheduled depositions.

WHEREAS, Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES INC propounded written discovery on Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY, served December 28, 2020 via US Mail.

WHEREAS, Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES INC requires sufficient time to review Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY's discovery responses.

WHEREAS, the parties mutual depositions of one another and depositions of witnesses must be delayed beyond the current trial setting order's deadlines due to the delay of the written discovery process caused by COVID-19, Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES INC.'s person most knowledgeable health issues and the COVID-19 safety requirements, both advised and mandatory, which limited access to certain work places and document repositories.

1 WHEREAS, the Court ordered fact discovery cut-off date of FEBRUARY 1, 2021, hearings on dispositive motions for MARCH 12, 2021 and a Settlement Conference to be completed by APRIL 2, 2021.

WHEREAS, counsel for the parties have met and conferred regarding the long-term impact of the national emergency, including shelter-in-place orders in effect throughout the country, on preparing this case for trial, including obtaining records; locating, interviewing, and deposing percipient witnesses; deposing treating physicians; and deposing corporate witnesses of defendants.

WHEREAS, all parties agree that the continuing national emergency in response to the outbreak of COVID-19 and essential persons health concerns necessitate a continuance of pre-trial deadlines in order to allow the parties to adequately prepare their cases for trial.

Based on the foregoing, the parties propose and stipulate that the case schedule be revised as follows:

- Fact discovery cut-off: May 3, 2021;
- Hearings on dispositive motions: June 11, 2021;
- Settlement Conference to be completed by: July 9, 2021.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: February 2, 2021        By: */s/ Clay Coelho*
                               Clay A. Coelho, Attorney for Plaintiff HARTFORD UNDERWRITERS INSURANCE COMPANY


Dated: February 2, 2021        By: */s/ Michael Barrette*
                               Michael R. Barrette, Attorney for Defendant AMERICAN JANITORIAL & MAINTENANCE SERVICES, INC.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel that:

1. Fact discovery cut-off is now May 3, 2021;
2. Hearings on dispositive motions is now June 11, 2021;
3. Settlement Conference to be completed by July 9, 2021.

## ORDER

The court ORDERS that:

1. Fact discovery cut-off is now May 3, 2021;
2. Hearings on dispositive motions is now June 18, 2021; and
3. Settlement Conference to be completed by July 9, 2021.

IT IS SO ORDERED.

DATED: February 16, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE