UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Hartford Underwriters Ins. Co., | No. 2: 19-CV-02016-KJM-JDP |
|---|---|
| Plaintiff, | |
| v. | AMENDMENT TO THE SCHEDULING ORDER |
| American Janitorial & Maintenance Services Inc., | |
| Defendant. | |

The parties jointly request (ECF No. 37) to amend dates in the pretrial scheduling order (ECF No. 34). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | 5/3/2021 | 2/25/2022 |
| All Dispositive Motions Hearing Date | 6/18/2021 | 4/15/2022 |
| Final Pretrial Conference | 11/19/2021 | 5/6/2022 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 13). The parties shall meet and confer and file a joint Pretrial Statement no less than three weeks prior to the Final Pretrial Conference. *See* E.D. L.R. 282. The Final Pretrial Conference set for 11/19/2021 is reset for 5/6/2022 at 10:00 a.m. This order resolves ECF No. 37.

IT IS SO ORDERED.

DATED: November 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE