UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hartford Underwriters Ins. Co., | No. 2:19-cv-02016-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| American Janitorial & Maintenance Services, Inc., | |
| Defendants. | |

    A final pretrial conference was previously set in this case for May 6, 2022. Order (Nov. 4, 2021). The parties did not file a joint pretrial statement, as the court had previously directed, so the final pretrial conference was vacated and reset for May 27, 2022. *See* Min. Order, ECF No. 39; Am. Min. Order, ECF No. 36. The court directed the parties to file a joint pretrial statement no later than twenty-one days before the final pretrial conference. Min. Order, ECF No. 39. The parties did not file a joint pretrial statement by that deadline.

    The final pretrial conference is therefore **vacated and reset for June 17, 2022 at 10:00 a.m.** before the undersigned. The parties are directed to file a joint pretrial statement **no later than May 27, 2022**. The parties are also **ordered to show cause within seven days** why the court should not impose monetary sanctions of $250 on each party for failure to comply with this court's orders. Future failures to comply with this court's orders may result in further sanctions.

1      IT IS SO ORDERED.

2    DATED: May 16, 2022.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE