UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hartford Underwriters Ins. Co., | No. 2:19-cv-02016-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| American Janitorial & Maintenance Services, Inc., | |
| Defendants. | |

A final pretrial conference was previously set in this case for May 6, 2022. Order (Nov. 4, 2021). The parties did not file a joint pretrial statement, as the court had previously directed, so the final pretrial conference was vacated and reset for May 27, 2022. *See* Min. Order, ECF No. 39; Am. Min. Order, ECF No. 36. The court directed the parties to file a joint pretrial statement no later than twenty-one days before the final pretrial conference. Min. Order, ECF No. 39. The parties did not file a joint pretrial statement by that deadline. The court then vacated and reset the final pretrial conference once more, again ordered the parties to submit a joint pretrial statement, and ordered the parties to show cause why monetary sanctions should not be imposed. ECF No. 40. The parties neither responded to the order to show cause nor submitted a joint pretrial statement.

The final pretrial conference is **vacated**. The parties are therefore each **sanctioned $250** for failure to comply with this court's orders; they each shall pay this amount to the Clerk of Court **within seven days.** The parties are further **ordered to show cause within seven days** (1) why they should not each be further sanctioned $500 for failure to comply with this court's orders and (2) why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: June 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE