UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hartford Underwriters Insurance Company, | No. 2:19-cv-02016-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| American Janitorial & Maintenance Services, Inc., | |
| Defendants. | |

Having considered plaintiff Hartford Underwriters Insurance Company's response to the order to show cause at ECF No. 41, that order is **discharged** as to Hartford, but the court **declines** Hartford's request to vacate the sanctions order at ECF No. 41, which remains in force.

Defendant American Janitorial & Maintenance Services did not respond to the court's orders to show cause at ECF Nos. 40 and 41 or to file pretrial reports at ECF Nos. 38 and 39. Defendant is therefore **further sanctioned $500** for failure to comply with this court's previous orders. It shall pay this amount to the Clerk of Court **within seven days,** in addition to the monetary sanctions already imposed, for a total of $750. A failure to comply with this and other court orders, including the deadline to file dispositional documents, ECF No. 45, may result in further monetary and other sanctions, including proceedings reviewing defense counsel's admission to practice in this court.

1     IT IS SO ORDERED.

2 DATED: June 17, 2022.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE